7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Mark Douglas Howell and Dawn Elizabeth Lane−Howell
*Debtor*

*Bankruptcy Case No.*
13−40164−drd7

**First National Bank of Omaha**
    Plaintiff(s)

*Adversary Case No.*
13−04062−drd

v.

**Mark Douglas Howell**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: The debt in the sum of $3,172.80 is nondischargeable pursuant to 11 U.S.C. Section 523(a)(2). Judgemet is granted against debtor Mark Howell and in favor of First National Bank of Omaha.

Ann Thompson
Court Executive

By: /s/ Kim Anson
    Deputy Clerk



Date of issuance: 5/3/13

Court to serve